UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Case No. 05-cr-149-01-SM

Thomas Brewster

O R D E R

Defendant's assented-to motion to continue the trial (document no. 6) is granted. Trial has been rescheduled for the February 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than November 2, 2005. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

       Final Pretrial Conference:   January 27, 2006 at 4:15 PM

       Jury Selection:   February 7, 2006 at 9:30 AM

       SO ORDERED.

October 24, 2005

                                    Steven J. McAuliffe
                                    Chief Judge

cc:  Arnold Huftalen, Esq.
      Philip Desfosses, Esq.
      U. S. Probation
      U. S. Marshal