UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

         v.                                          Case No. 05-cr-149-01-SM

<u>Thomas Brewster</u>


O R D E R


Defendant's assented-to motion to continue the trial (document no. 8) is granted.

Trial has been rescheduled for the May 2006 trial period.  Defendant shall file a Waiver of

Speedy Trial Rights not later than January 25, 2006.  On the filing of such waiver, his

continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial, 18 U.S.C. §

3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the

defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

      Final Pretrial Conference:  April 19, 2006 at 4:00 PM

      Jury Selection:           May 2, 2006 at 9:30 AM

      SO ORDERED.


January 16, 2006

                                        Steven J. McAuliffe
                                        Chief  Judge

cc:  Arnold Huftalen, Esq.
     Philip Desfosses, Esq.
     U. S. Probation
     U. S. Marshal